# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00101-CV

**Javier Molina, Appellant**

**v.**

**Hilda Molina, Appellee**

## FROM THE JUSTICE COURT PRECINCT 5 OF TRAVIS COUNTY
## NO. J5-CV-18-248681, THE HONORABLE NICHOLAS CHU, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal from a judgment signed by the justice court on January 29, 2019. This Court, however, lacks jurisdiction over justice-court judgments. That jurisdiction lies in the county or district court. *See* Tex. Civ. Prac. & Rem. Code § 51.001 (appeal from justice court to county or district court); *see also id.* § 51.012 (appeal from district or county court to court of appeals). We therefore dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Rose, Justices Kelly and Smith

Dismissed for Want of Jurisdiction

Filed: May 16, 2019